DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

22 JANUARY 2015

| 012A14 | State *ex rel.* Utilities Commission, et al. v. Att'y Gen., et al. | 1. Appellees' Motion to Consolidate Related Appeals<br><br>2. Appellees' Motion in the Alternative for Suggested Order of Appeals | 1. Dismissed as moot<br><br>2. Dismissed as moot<br><br>**Ervin, Jr., recused** |
|---|---|---|---|
| 012A14 | State *ex rel.* Utilities Commission, et al. v. Att'y Gen., et al. | N.C. Warn's Motion to Allow Factual Correction to Oral Argument | Dismissed as moot<br><br>**Ervin, J., recused** |
| 038A14 | State v. Joshua Andrew Stepp | 1. Def's Motion to Strike Part B of the State's Brief as Outside the Scope of an Appeal of Right (COA13-46)<br><br>2. State's Petition in the Alternative for *Writ of Certiorari* to Review Decisions of COA | 1. Dismissed as moot<br><br>2. Dismissed as moot |
| 046P14-4 | State v. Demetrius Watson | 1. Def's *Pro Se* Motion for Petition for Reconsideration and/or Petition for Rehearing *"Ex-Parte"*<br><br>2. Def's *Pro Se* Motion for Petition for Reconsideration and/or Petition for Rehearing *"Ex-Parte"* | 1. Dismissed<br><br>2. Dismissed |
| 074P98-5 | State v. William T. Barnes | 1. Def's *Pro Se* PWC to Review Order of Superior Court of Rockingham County<br><br>2. Def''s *Pro Se* Motion to Proceed *In Forma Pauperis*<br><br>3. Def's *Pro Se* Motion to Appoint Counsel | 1. Dismissed<br><br>2. Allowed<br><br>3. Dismissed as moot |
| 084PA14 | In the Matter of: C.W.F. | 1. Respondent's Motion to Dismiss Appeal (Mootness)<br><br>2. State's Motion for Extension of Time to File Response | 1. Dismissed as moot<br><br>2. Allowed **08/19/2014** |
| 124PA14 | State v. Young | Def's Motion to Supplement the Record on Appeal | Allowed |
| 147P13-3 | In Re: Perry R. Warren | Def's *Pro Se* PWC to Review Order of COA (COAP14-646) | Denied |